IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RAYMOND MATHIS # 140252         ) | |
| ) | |
| Plaintiff,         ) | |
| ) | |
| v.         ) | CASE NO. 2:12-CV-170-TMH |
| ) | |
| KIM THOMAS, *et al.*,         ) | |
| ) | |
| Defendants.         ) | |

## **ORDER**

On June 19, 2014, the Magistrate Judge filed a Recommendation that this case be dismissed without prejudice for Plaintiff's failure to follow the directives of this court. (Doc. # 18). No objections have been filed.

Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation is ADOPTED and this case is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 29th day of July, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE